UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAHRON BLACK on behalf of himself
and all others similarly situated,

        Plaintiffs,

-against-

SHERRY-LEHMANN, INC.

        Defendant.

Case No. 1:23-cv-1792

**NOTICE OF VOLUNTARY
DISMISSAL
WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
            July 19, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**

By:    Mars Khaimov, Esq.
        100 Duffy Avenue, Suite 510
        Hicksville, New York 11801
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*

So Ordered.
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 11/13/23